U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

☑ Initial Appearance ☑ Complaint ☐ Preliminary Exam ☐ Motion Hearing
☐ Indictment ☐ SSI ☐ Information ☐ Detention Hearing ☐ Bond Hearing
☑ Petition for Probation/Supervised Release action ☐ Arraignment ☐ Arraignment on SSI

Case No. 1:22-MJ163/1:17-CR-48    USA v. Garrian King

**PRESENT:** Honorable Christopher H. Steger    ☐ U.S. District Judge **OR** ☑ U.S. Magistrate Judge

Chris Poole — Assistant U.S. Attorney
Gianna Maio — Attorney for Defendant    ☑ Appt. ☐ Retd ☐ Ltd. App.
Jennifer LaFerry/John Eppenger — Probation Officer

Kelli Jones — Courtroom Deputy
Court Reporter
Interpreter(s)    ☐ SWORN

Digital Recording: Crtrm 1B ☑    **OR** Crtrm 4 ☐

**PROCEEDINGS:** ☑ DEFENDANT(S) SWORN    **DATES SET**:

☑ Financial affidavit(s) executed
☑ Court appointed attorney(s) under CJA
☐ Court may require deft(s) repay govt cost of atty(s)
☐ Defendant(s) waived appointment of attorney(s)
☑ Defendant(s) specifically advised of rights
☐ Deft advised of Rules 20, 5 FRCrP
☐ Deft executed waiver of Rule 5, 5.1 hearing
☐ Deft waived reading of indictment/information
☐ Indictment/Information read
☐ Deft pleads not guilty to counts _____
☐ Not guilty plea entered by Court on deft's behalf
☐ Deft. entered no plea

Detention hearing: 6/16/22 @ 10:00
Preliminary exam: 6/16/22 @ 10:00-1-22-mj-163
Revocation hearing: 7/27/22 @ 2:00 (Collier)
Arraignment: 7/6/22 @ 10:00
OTHER: _____

Court ordered file   ☐ sealed **OR** ☐ unsealed

**TESTIMONY BY**: _____

**OTHER MATTERS**:
I, Kelli Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file Chatt_1-22-mj-163_20220608_160488

**BOND**
☑ Govt. motion for detention without bond:    ☑ granted    ☐ denied
☐ Court ordered deft released on bond (see order setting conditions of release)

Amount:_____    Type:_____

Defendant ineligible for release on bond:_____

Deft ☐ remanded to custody of U.S. Marshal    ☑ remained in custody    ☐ remained on bond    ☐ released on bond

Time: 4:30 to 4:55    Date: 6/8/22

rev 3/09